FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 22, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| E.S., a minor child, by her Guardian LEILANI SCRIBNER,<br><br>                  Plaintiff,<br><br>vs.<br><br>FLIPPIN' FAMILY FUN, LLC, a Montana Limited Liability Company; NATALIE RIGGIN and REESE RIGGIN, individually and as agents, governing people, operators, supervisors, and owners of Flippin' Family Fun; JOHN DOE OPERATOR, as employee and agent of Flippin' Family Fun; SPOKANE COUNTY; and JOHN DOES 1-5,<br><br>                  Defendants. | NO: 2:20-CV-0407-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation for Dismissal with Prejudice (ECF No. 77). The parties agree that this action be dismissed with prejudice and without an award of attorneys' fees or costs to any party. The Court has reviewed the record and files herein and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1  According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Dismissal with Prejudice, ECF No. 77, is hereby effective.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and with all parties to bear their own costs and attorneys' fees.

3. All deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED September 22, 2022.



THOMAS O. RICE
United States District Judge