AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 22, 2022**

SEAN F. McAVOY, CLERK

E.S., a minor child, by her Guardian LEILANI SCRIBNER,

*Plaintiff*

v.

FLIPPIN' FAMILY FUN, LLC, a Montana Limited Liability Company; NATALIE RIGGIN and REESE RIGGIN, individually and as agents, governing people, operators, Family Fun; JOHN DOE OPERATOR, as employee and agent of Flippin' Family Fun; SPOKANE COUNTY; and JOHN DOES 1-5,

*Defendant*

Civil Action No.  2:20-CV-0407-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The parties' Stipulation for Dismissal with Prejudice, ECF No. 77, is hereby effective. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is DISMISSED with prejudice and with all parties to bear their own costs and attorneys' fees.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE  on a stipulated motion for dismissal.

Date:  9/22/2022

*CLERK OF COURT*

SEAN F. McAVOY

s/ Tonia Ramirez
*(By) Deputy Clerk*

Tonia Ramirez